An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GETIYE ASCHALEW DUBALE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62118

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malme_
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of attempted theft. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Appellant claims that requiring him to serve a prison term and pay $10,000 in restitution constitutes cruel and unusual punishment because this was a first-time, non-violent, property offense.

Regardless of its severity, a sentence that is within the statutory limits is not "'cruel and unusual punishment unless the statute fixing punishment is unconstitutional or the sentence is so unreasonably disproportionate to the offense as to shock the conscience.'" *Blume v. State*, 112 Nev. 472, 475, 915 P.2d 282, 284 (1996) (quoting *Culverson v. State*, 95 Nev. 433, 435, 596 P.2d 220, 221-22 (1979)); *see also Harmelin v. Michigan*, 501 U.S. 957, 1000-01 (1991) (plurality opinion) (explaining that Eighth Amendment does not require strict proportionality between crime and sentence; it forbids only an extreme sentence that is grossly disproportionate to the crime). The 12-to-32-month sentence imposed is within the parameters provided by the relevant statutes, *see* 1995 Nev. Stat., ch. 443, § 127(1), at 1216; 1995 Nev. Stat., ch. 443, § 3(1)(a)(4), at

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21447

1168; 1995 Nev. Stat., ch. 443, § 1(2)(d), at 1168; and appellant does not allege that those statutes are unconstitutional. We are not convinced that the sentence imposed is so grossly disproportionate to the crime as to constitute cruel and unusual punishment. Therefore, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Jessie Elizabeth Walsh, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk